1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Darryl Dunsmore,                          No. 2:17-cv-2355-KJM-AC

12                      Plaintiff,               ORDER

13         v.

14    M. Thomas,

15                      Defendant.

16

17         Plaintiff Darryl Dunsmore moves to enforce the settlement agreement entered into with

18    defendant.  *See* Mot., ECF No. 53.[1]

19         The parties settled Dunsmore's claims in June 2024, following a court-convened

20    settlement conference.  *See* Mins. Settlement Conference (Mins.), ECF No. 49.  The California

21    Department of Corrections and Rehabilitation (CDCR) entered into the agreement on behalf of

22    defendant Thomas.  *Id.*  The court retained jurisdiction to enforce the settlement.  *Id.*  Dunsmore

23    now asserts CDCR has breached the terms of the settlement agreement and moves this court to

24    enforce the settlement.

_____

[1] Dunsmore filed his motion as a motion under Federal Rule of Civil Procedure 60(b). Enforcement of a "settlement agreement essentially is an action to specifically enforce a contract," *Adams v. Johns-Manville Corp.*, 876 F.2d 702, 709 (9th Cir. 1989) and not a motion under Rule 60, which controls "Relief from a Judgment or Order."  The court therefore construes the filing as a motion to enforce settlement.

1    Under Local Rule 230(a), the court orders the parties to brief the matter and sets the

2  following schedule:

3    • Defendant shall file an opposition, if any, within fourteen (14) days.

4    • Dunsmore shall file his reply, if any, no later than fourteen (14) days after the

5    opposition is filed.

6    • The matter is scheduled for a hearing before the court on March 27, 2025, at

7    10:00 a.m. in Courtroom 3.

8    IT IS SO ORDERED.

9  DATED:  February 4, 2025.

10

_____
UNITED STATES DISTRICT JUDGE

2